UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-69 |
| | ) | |
| JAMES GERODEMOS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Government's Motion to unseal this Case and the Indictment is **GRANTED**.

Pursuant to the Government's request, this unsealing Order shall be effective beginning

at 6:00 A.M. C.S.T., Wednesday, April 29, 2026. The Clerk's Office is **DIRECTED** to

maintain Docket Entry 28 and Docket Entry 29 under seal.

ENTERED this 28th day of April, 2026.

/s/ Andrew P. Rodovich
United States Magistrate Judge