# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>STEVE ARMENTA<br>*Defendant* | )<br>)<br>)   Case No.   2:26-CR-69<br>)<br>) |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Steve Armenta

Date:   05/06/2026

/s/ Susan M. Severtspm
*Attorney's signature*

Susan M. Severtson #14068-45
*Printed name and bar number*

7895 Broadway
Chapel Plaza, Suite R
Merrillville, IN 46410

*Address*

susan@severtsonlaw.com
*E-mail address*

(219) 769-8113
*Telephone number*

(219) 769-7993
*FAX number*